**RECEIVED**
IN LAKE CHARLES, LA

JUL 2 4 2009

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | DOCKET NO. 2:04 CR 20145-09 |
| VS. | : | JUDGE MINALDI |
| MARCELLUS REYNOLDS | : | MAGISTRATE JUDGE KAY |

## MEMORANDUM ORDER

IT IS ORDERED that the defendant's Motion To Remove Counsel and Proceed *Pro Se* [doc. 399] IS DENIED. The defendant asserts that Public Defender Carol Whitehurst has determined that she will not file a §3582 motion on his behalf, therefore he would like her removed as his counsel so he can proceed *pro se*. Ms. Whitehurst need not file a §3582 motion on behalf of the defendant as he has previously filed three §3582 motions himself. The issue of whether or not he is entitled to a reduction in his sentence is currently pending before the court.

Lake Charles, Louisiana, this 24 day of July, 2009.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE